*Nov. Term, 1844.*

PICKENS
v.
CLAYTON.

---

WALLACE and Wife *v.* JONES.—In error.

IN assumpsit against husband and wife on a promissory note made by the wife *dum sola*, and non assumpsit pleaded, the plaintiff must prove the marriage. *Cowley* v. *Robertson et ux.* 3 Camp. 438.

*Thursday, December 26.*

---

PICKENS *v.* CLAYTON.—On appeal.

THE Probate Court cannot remove a guardian, except in cases relating to the faithful performance of his trust, or to the sufficiency of the security given by him. R. S. 1838, pp. 195, 196.—*Morgan* v. *Anderson et ux.* 5 Blackf. 503.